UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOAN M.,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 3:20-cv-02233-RBM<br><br>**ORDER GRANTING JOINT MOTION FOR AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**<br><br>**[Doc. 17]** |

On November 16, 2020, Plaintiff Toan M. ("Plaintiff") filed a complaint against the Commissioner of Social Security,[1] seeking judicial review of the Commissioner's decision denying her application for Social Security Disability Insurance and Supplemental Security Income benefits. (Doc. 1.) The parties jointly moved to remand the action to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 14.) On June 16, 2021, the undersigned granted the motion and remanded

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021 and is therefore substituted for Andrew M. Saul as Defendant. *See* 42 U.S.C. § 405(g); FED. R. CIV. P. 25(d).

the action to the Social Security Administration for further administrative proceedings consistent with the terms set forth in the parties' joint motion. (Doc. 15.)

The parties now stipulate to and jointly move for an award to Plaintiff of attorney's fees and expenses in the amount of **five hundred ninety-three dollars and ninety-three cents ($593.93)** under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (Doc. 17 at 1.)

The EAJA allows a prevailing party to seek attorney's fees from the United States within thirty days of final judgment. *See* 28 U.S.C. § 2412(d). "A plaintiff who obtains a sentence four remand is considered a prevailing party for purposes of attorneys' fees." *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002) (internal citation omitted). Therefore, Plaintiff is the prevailing party in this action for purposes of awarding attorney's fees.

"A sentence four remand becomes a final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. § 2412(d), upon expiration of the time for appeal." *Id.* (internal citation omitted). Federal Rule of Appellate Procedure 4(a)(1)(B) provides for a sixty-day appeal period in cases in which the United States is a party or a United States officer or employee is sued in an official capacity. Here, the sixty-day appeal period for the undersigned's June 16, 2021 order and judgment expired on or about August 16, 2021. The sentence four remand is now a final judgment and the parties' joint motion is timely.

Pursuant to the EAJA, the amount of fees awarded are "based upon prevailing market rates for the kind and quality of the services furnished . . ." *See* 28 U.S.C. § 2412(d)(2)(A). "[A]ttorney fees shall not be awarded in excess of $125.00 per hour unless the court determines that an increase in the cost of living or a special factor, such as the limited availability of qualified attorneys for the proceedings involved, justifies a higher fee." 28 U.S.C. § 2412(d)(2)(A)(ii). The Ninth Circuit's 2020 statutory maximum hourly rates under the EAJA, adjusted for increases in the cost of living, was $207.78. *See* "Statutory Maximum Rates Under the Equal Access to Justice Act,"

https://www.ca9.uscourts.gov/attorneys/statutory-maximum-rates/ (last visited Aug. 27, 2021) (citing 28 U.S.C. § 2412 (d)(2)(A); *Thangaraja v. Gonzales*, 428 F.3d 870, 876–77 (9th Cir. 2005); Ninth Circuit Rule 39–1.6).

At an hourly rate of $207.78, the requested fee award represents compensation for approximately 2.8 hours of work performed by Plaintiff's counsel and twelve dollars and fifteen cents ($12.15) for postage. (Doc. 17-1 at 1); *see also Int'l Woodworkers of Am. v. Donovan*, 792 F.2d 762, 767 (9th Cir. 1985) (affirming district court's award of costs under EAJA, including postage expenses). Work performed by Plaintiff's counsel consists of reviewing the case, filing a complaint (Doc. 1), and assisting Plaintiff with an in forma pauperis motion (Doc. 2). (*Id.*) Having reviewed the parties' joint motion and relevant authority, the undersigned finds the request for fees and expenses reasonable.

For good cause shown, the joint motion is **GRANTED**, subject to the terms of the parties' joint motion. Accordingly, the undersigned **AWARDS** Plaintiff attorney's fees and expenses in the amount of **five hundred ninety-three dollars and ninety-three cents ($593.93)**.

**IT IS SO ORDERED**.

DATE: August 27, 2021

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE